UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-573(JMR/FLN)

Bruce Loebs )
)
v. ) ORDER TO SHOW CAUSE
)
CMS/Hartzell Co. )

The Court reviews this matter sua sponte. On February 16, 2000, plaintiff filed a complaint in Minnesota state court seeking damages "in excess of $50,000." On March 8, 2000, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. The petition for removal asserts the parties are citizens of different states, and that plaintiff has not stipulated that the damages request will not exceed $75,000.

This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before April 21, 2000, whether the requirements of 28 U.S.C. § 1332 are satisfied.

Dated: March 28, 2000

JAMES M. ROSENBAUM
United States District Judge

MAR 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK