UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-573(JMR/FLN)

| | | |
|---|---|---|
| Bruce Loebs | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CMS/Hartzell Co. | ) | |

This matter is before the Court on plaintiff's response to this Court's Order of March 29, 2000, to show cause that the amount in controversy requirement of 28 U.S.C. § 1332 is satisfied. The Court concludes, based on the record herein, that it appears to a legal certainty that plaintiff cannot recover in excess of $75,000, and plaintiff's counsel has not, in fact, alleged, via affidavit or otherwise, that he has a good faith claim for damages in excess of that amount. On that basis, the matter is hereby remanded to the Ramsey County District Court.

IT IS SO ORDERED.

Dated: April 24, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED APR 25 2000
FRANCIS E. DOSAL, CLERK
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK